UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VLADIMIR DUBROVIN,

      Debtor.
_____/

YAKOV LONDON,

      Plaintiff,

v.

VLADIMIR DUBROVIN,

      Defendant.
_____/

Case No. 17-18717-RBR

Chapter 7

Adv. Proc. No. 18-1015-RBR-A

## PLAINTIFF'S MOTION FOR JUDGMENT BY CONSENT

The Plaintiff, Yakov London, seeks the entry of a judgment in the attached form upon the Notice of Filing Consent to Judgment filed by the defendant [DE 6]. The form of proposed judgment that is being submitted upon this motion matches the form of judgment consented-to by the defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018 a copy of this motion was served by electronic mail through the court's CM/ECF system to Keith D. Silverstein, 701 Brickell Ave., Suite 2000, Miami, FL 33131 (*keith@silversteinpa.com*).

                GRAYROBINSON, P.A.
                Counsel for Plaintiff
                401 E. Las Olas Blvd., Suite 1000
                Fort Lauderdale, FL  33301
                Ph. (954) 761-8111

                s/Patrick S. Scott
                Patrick S. Scott
                Fla. Bar No. 290025
                patrick.scott@gray-robinson.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VLADIMIR DUBROVIN,

        Debtor.
_____/

Case No. 17- 18717-RBR

Chapter 7

YAKOV LONDON,

        Plaintiff,

vs.

VLADIMIR DUBROVIN,

        Defendant.
_____/

Adv. Proc. No. 18-01015-RBR

## **FINAL JUDGMENT EXCEPTING DEBT FROM DISCHARGE**

On April 7, 2018, the defendant filed his Consent [DE 6] to the entry of judgment in this form, upon the plaintiff's Complaint Objecting to Dischargeability of Debt [DE 1]. Therefore, Judgment is hereby entered in favor of the plaintiff, Yakov London, and against the defendant,

2

Vladimir Dubrovin, that the debt represented by the Final Judgment entered on September 24, 2016 and attached as Exhibit A to the complaint in this proceeding is excepted from any discharge the debtor may receive in this case.

### 

Submitted by: Patrick S. Scott, GrayRobinson, P.A., 401 E. Las Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301, ph. 954/761-8111.

Copies to be furnished to:

Patrick S. Scott
Vladimir Dubrovin, 95 N. Birch Rd., Apt. 706, Fort Lauderdale, FL 33304
Keith D. Silverstein
Anthony DiTocco

[Mr. Scott is directed to serve a copy of this judgment on the parties noted, except those served by the CM/ECF system, and to file a certificate of service.]

\826144\1 - # 4966974 v1