

**ORDERED in the Southern District of Florida on April 10, 2018.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VLADIMIR DUBROVIN,

        Debtor.
_____/

YAKOV LONDON,

        Plaintiff,

vs.

VLADIMIR DUBROVIN,

        Defendant.
_____/

Case No. 17- 18717-RBR

Chapter 7

Adv. Proc. No. 18-01015-RBR

## FINAL JUDGMENT EXCEPTING DEBT FROM DISCHARGE

On April 7, 2018, the defendant filed his Consent [DE 6] to the entry of judgment in this form, upon the plaintiff's Complaint Objecting to Dischargeability of Debt [DE 1]. Therefore, Judgment is hereby entered in favor of the plaintiff, Yakov London, and against the defendant,

1

Vladimir Dubrovin, that the debt represented by the Final Judgment entered on September 24, 2016 and attached as Exhibit A to the complaint in this proceeding is excepted from any discharge the debtor may receive in this case.

### 

Submitted by:  Patrick S. Scott, GrayRobinson, P.A., 401 E. Las Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301, ph. 954/761-8111.

Copies to be furnished to:

Patrick S. Scott
Vladimir Dubrovin, 95 N. Birch Rd., Apt. 706, Fort Lauderdale, FL 33304
Keith D. Silverstein
Anthony DiTocco

[Mr. Scott is directed to serve a copy of this judgment on the parties noted, except those served by the CM/ECF system, and to file a certificate of service.]

\826144\1 - # 4966974 v1